DENTON, Appellant, v. BUTLER, Respondent.

(158 N. W. 1017.)

(File No. 3956.    Opinion filed July 29, 1916.    Rehearing denied October 4, 1916.)

1. **Appeals—Brief—Assignment of Error—Material Evidence Wanting—Statute.**

Where it does not appear that all material evidence received on trial is contained in appellant's brief, an assignment of error that there is no evidence to justify the verdict, even if sufficient, will not be considered. Construing Laws 1913, Chap. 172.

**2.  Appellant's Insufficient Assignment of Error—"Errors of Law"—
     Court Rule.**

> Under Supreme Court' rule 5 (140 N. W. VIII), an assign-
> ment of error, "Errors of Law occurring at the trial," does not
> present for review alleged error in sustaining an objection to
> a question asked during trial and argued in appellant's brief.

Appeal from Circuit Court, Gregory County. Hon. WILLIAM
WILLIAMSON, Judge.

Action by S. L. Denton, against S. E. Butler, to recover
for plowing done. From a judgment for plaintiff, and from an
order denying a new trial, defendant appeals. Judgment and
Order affirmed.

*W. R. Butler,* and *W. J. Hooper,* for Appellant.

*M. L. Parish,* for Respondent.

GATES, J. This case relates to an alleged agreement by a
landlord to pay a tenant for some fall plowing done by him. The
jury found for the tenant. From the judgment and an order
denying a new trial, defendant appeals.

The assignments of error are two, viz.: "(1) There is no
evidence to justify the verdict; and (2) errors of law occurring
at the trial."

[1] Inasmuch as it does not appear that all of the material
evidence received upon the trial is contained in appellant's brief,
the first assignment of error, even if it were sufficient, could not
be considered. Chapter 172, Laws 1913; Supreme Court Rule
6 (140 N. W. viii); Gilfillan v. Schaller, 32 S. D. 638, 144 N.
W. 133; Peterson v. Miller, 33 S. D. 397, 146 N. W. 585; Hep-
ner v. Wheatley, 33 S. D. 34, 144 N. W. 923; Smith v. Pence,
33 S. D. 516, 146 N. W. 709; Davis v. Davis, 36 S. D. 336, 154
N. W. 799; State v. Carmel, 36 S. D. 293, 154 N. W. 808.

[2] The alleged error in sustaining an objection to a certain
question asked during the trial and argued in appellant's brief is
not presented for review by assignment of error No. 2, supra.
Supreme Court rule 5 (140 N. W. viii).

Finding no error in the record, the judgment and order
appealed from are affirmed.